# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PIERRE CORMIER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:14-0029 |
| ) | Judge Trauger |
| WESTERN EXPRESS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The plaintiffs having dropped their claims under California state law in the Amended Complaint filed April 4, 2014 (Docket No. 40), it is hereby **ORDERED** that the defendant's Partial Motion to Dismiss Plaintiffs' California State Law Based Claims (Docket No. 27) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 10th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge