# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PIERRE CORMIER,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**WESTERN EXPRESS, INC.,** *et al.*<br><br>Defendants. | **Case No. 3:14-cv-0029**<br><br>**JUDGE CAMPBELL** |

## ORDER

AND NOW, on this 11th day of June 2019, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the FLSA Collective Action Settlement, IT IS ORDERED:

1. The Settlement Agreement (ECF Doc. No. 239-2) is **GRANTED** final approval;

2. Mr. Wimer's objection to the FLSA Collective Action Settlement (ECF Doc. No. 241) is **OVERRULED**;

3. Defendant **SHALL** wire the entire Settlement Fund of $3,825,000 to the Claims Administrator within the time set forth in accordance with the Settlement Agreement;

4. Class Counsel's request for their reasonable attorneys' fees of $1,275,000, representing 33 1/3% of the Settlement Fund, to be distributed to Class Counsel in accordance with the Settlement Agreement, is **GRANTED**;

5. Class Counsel's request for reimbursement of their reasonable litigation costs of $300,000, and distribution of such reimbursement to Class Counsel by the Claims Administrator in accordance with the Settlement Agreement, is **GRANTED**;

6. Plaintiffs' request for payment of the Claims Administrator's reasonable fees and costs incurred in providing notice of and administering the settlement to be paid from the Settlement Fund in accordance with the Settlement Agreement, is **GRANTED**;

7. The Claims Administrator **SHALL** distribute the Settlement Fund to all Class Members consistent with the Settlement Agreement;

8. Plaintiffs' request to award service payments of $7,500 each for Named Plaintiffs Pierre Cormier, David Harmon, Michael Sowa, and Johannes Stolvoort as payment for services performed for the class, is **GRANTED**; and

9. Plaintiffs' request to award service payments of $500 each for the thirteen (13) opt-in plaintiffs who were deposed by Defendant, Stephen Tieku, Curtis Willis, Michael Robinson, Quincy Crow, Bina Batchelder, Tuan Chu, Richard Bayer, Billy Sissoko, Edward Riley, Corey Johnson, Kevin Kauffman, Mark Bonner, and Gary Caudle, as payment for services performed for the class, is **GRANTED**.

10. As provided in Section 20.5 of the Settlement Agreement, the Court will retain continuing jurisdiction to enforce the terms of the Settlement and Settlement Agreement and will retain jurisdiction over the Parties and the Claims Administrator for purposes of effectuating the Settlement and Settlement Agreement. Upon the Claims Administrator's closing its file and completing all obligations pursuant to Section 7.1 of the Settlement Agreement, Plaintiffs shall notify the Court to terminate the case.

**IT IS SO ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE