IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PIERRE CORMIER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:14-cv-00029 |
| | ) | |
| WESTERN EXPRESS, INC., *et al.*, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

## ORDER

The Court is in receipt of Plaintiffs' notice (Doc. No. 251) indicating that, as of October 6, 2020, the class administrator had distributed all settlement payments to eligible class members. Plaintiffs' counsel shall notify the Court within 30 days of the class administrator completing the second and final distribution to the *cy pres* recipients. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE